**TEKNOWLEDGE CORPORATION, Plaintiff–Appellant,**

v.

**CELLCO PARTNERSHIP d/b/a Verizon Wireless, Defendant–Appellee.**

No. 2009–1523.

United States Court of Appeals, Federal Circuit.

May 6, 2010.

Corby R. Vowell, Goldstein, Faucett & Prebeg, LLP, of Houston, TX, argued for plaintiff-appellant. With him on the brief was Edward W. Goldstein.

Kevin P. Anderson, Wiley Rein LLP, of Washington, DC, argued for defendant-appellee. With him on the brief were James H. Wallace, Jr. and Karin A. Hessler. Of counsel on the brief was Joseph E. Addiego, III, Davis Wright Tremaine LLP, of San Francisco, CA.

MAYER, SCHALL, and DYK, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.